

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00361-CV

John H. **WHITE**, Jr., individually and as Trustee of the Christopher C. White Trust, Matthew M. White Trust, and 1976B John H. White Trust F/B/O David Ryall White, Appellant

v.

**TCW HELOTES RANCH LTD.**, Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-07689
Honorable Norma Gonzales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, the trial court's Order Granting Temporary Injunction, signed on May 20, 2025, is AFFIRMED. It is ORDERED that costs are taxed against appellant.

SIGNED January 14, 2026.

_____
Rebeca C. Martinez, Chief Justice